In the Matter of GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, as Rehabilitator of STATE TITLE AND MORTGAGE COMPANY, Appellant, against AARON L. JACOBY, as Register of Kings County, Respondent.

(Submitted January 4, 1935; decided January 22, 1935.)

*Harry Rodwin* and *Jess H. Rosenberg* for appellant.
*Philip F. Rosenberg, Milton Olshan* and *Samuel Seiderman* for respondent.

Order affirmed, with costs; no opinion.
Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.